77512

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA KELLUM,** | ) | |
| **CHRISTOPHER BRADLEY,** | ) | |
| **I.B. (a minor) by and through her Legal** | ) | |
| **   Guardian Cynthia Simpson,** | ) | |
| **J.B. (a minor) by and through her** | ) | |
| **   mother and Next Friend Tianna** | ) | |
| **   Wedderburn, and** | ) | |
| **S.B. (a minor) by and through her** | ) | |
| **   mother and Next Friend Brittney** | ) | **Case No. 1:20-CV-00023** |
| **   Britt,** | ) | |
| **as Beneficiaries of Decedent Michael** | ) | |
| **   Byrd,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CONSENT TO REMOVAL** |
| vs. | ) | |
| | ) | |
| **NATIONWIDE INSURANCE** | ) | |
| **   COMPANY OF AMERICA, and** | ) | |
| **GILSTER-MARY LEE** | ) | |
| **   CORPORATION GROUP HEALTH** | ) | |
| **   BENEFIT PLAN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### DEFENDANT NATIONWIDE INSURANCE COMPANY OF AMERICA'S CONSENT TO REMOVAL

COMES NOW Defendant Nationwide Insurance Company of America, by and through undersigned counsel, and pursuant to 28 U.S.C. §1446(b) hereby provides notice to this Court that this Defendant consents to the removal of this action, the removal being initiated by Defendant Gilster-Mary Lee Corporation Group Health Benefit Plan.

77512

**LAW OFFICE OF MICHAEL P. MCDONALD, JR**.

_____
Jonathan Brereton-Hubbard, #58616
3636 South Geyer, Suite 250
St. Louis, Missouri 63127
314-966-4490
Fax: 866-421-3335
breretj@nationwide.com

Attorneys for Defendant Nationwide Insurance Company of America

Certificate of Service

The undersigned certifies that a copy of the foregoing was served on February 4th, 2020 via the Court's CM/ECF system to all counsel of record in this action, and also via regular U.S. mail, postage prepaid, to:

Barbara Kellum
1825 Evondale St.
Cape Girardeau, MO 63701

Christopher Bradley
127-03 Jamaica Ave. Apt. 2H
Richmond Hill, NY 11418

J.B. (a minor),
c/o Tianna Wedderburn
1560 Canary Island Dr.
Weston, FL 33327

S.B. (a minor)
c/o Brittney Britt
409 Prospect
Lancaster, PA 17603

I.B. (a minor)
c/o Cynthia Simpson
213 Orange Avenue
Irvington, NJ 07111

_____